(December 11, 1907.)

In the Matter of the Application of JEROME F. JACOBS for a Writ of Habeas Corpus.

[92 Pac. 1003.]

ORIGINAL application for a writ of *habeas corpus*. Motion to quash writ. *Motion sustained.* Prisoner remanded to custody of officer.

C. C. Cavanah, J. J. Blake, J. P. Gray, Henry P. Knight, H. E. Worstell, and A. H. Conner,. for Petitioner.

J. J. Guheen, Attorney General, Edwin Snow, J. H. Peterson and B. S. Crow, of the Attorney General's office, Charles F. Koelsch, Prosecuting Attorney, Ada County, Walter H. Hanson, Prosecuting Attorney, Shoshone County, for the State, and R. P. Quarles, *amicus curiae.*

Submitted upon the same briefs as were presented in *State v. Dolan, ante,* p. 693, 92 Pac. 995.

Per CURIAM.—The petitioner was arrested upon a warrant issued by the probate court of the county of Shoshone in the state of Idaho, for the violation of section 3 of an act approved March 12, 1907, known as the Sunday rest law (Laws 1907, p. 223), and after trial was convicted. He petitions this court for a writ of *habeas corpus,* alleging the unconstitutionality of the act above referred to. The state moves to quash the writ. The same questions were argued and presented in this case, and by the same counsel, as were argued and presented in the case of *State v. Dolan, ante,* p. 693, 92 Pac. 995, just decided by this court, and upon the authority of that case, and for the reasons therein stated, the motion to quash the writ of *habeas corpus* is sustained, and the prisoner is remanded to the custody of the sheriff of Shoshone county, Idaho.